## Scholl v. Russell County.

(Decided November 7, 1924.)

Appeal from Russell Circuit Court.

GORDON MONTGOMERY for appellant.

R. E. LLOYD for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE SAMPSON—
Dismissing appeal.

Appellant Scholl sued for $600.00 and recovered $130.00. He prosecutes this appeal from the judgment of the lower court, and makes no motion for appeal. The amount involved is only $470.00. There is no contest as to the $130.00, for which he recovered judgment, and that

sum deducted from $600.00 leaves $470.00, as entire amount in controversy.

Appellant Scholl has no appeal as a matter of right, under section 950, Kentucky Statutes, where the amount in controversy is only $470.00. He could not, therefore, prosecute an appeal directly from the judgment of the lower court.

Appeal dismissed.